# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JASON JOHNSEY,

    Plaintiff,

v.                                      Case No. 8:18-cv-2990-T-35AAS

CAPITAL ONE BANK (USA), N.A.,

    Defendant.
_____/

## ORDER

Jason Johnsey moves to extend by sixty days the deadlines for the parties to disclose their expert witnesses and reports. (Doc. 23). Capital One Bank does not oppose Mr. Johnsey's request. (*Id.*). The court may modify a case management and scheduling order for good cause. Fed. R. Civ. P. 16(b)(4). Mr. Johnsey's motion demonstrates good cause for extending the deadlines to disclose expert witnesses and reports. The following is **ORDERED**:

1. Mr. Johnsey's motion for extension of time to disclose expert witnesses and reports (Doc. 23) is **GRANTED** as follows:

    a. Mr. Johnsey's deadline to disclose his expert witnesses and reports is now **October 8, 2019**.

    b. Capital One Bank's deadline to disclose its expert witnesses

1

and reports is now **November 5, 2019**.

c. The discovery deadline is extended to **November 15, 2019**.

d. Absent exceptional circumstances, no further extensions to these deadlines will be granted.

2. Consistent with the Case Management and Scheduling Order, no other deadlines, including the dispositive-motion deadline, are extended. (*See* Doc. 16, p. 5) (stating that motions to extend the dispositive motions deadline are generally denied). If the parties require extensions of non-discovery deadlines, they must submit a separate motion detailing why those extensions are necessary to prevent manifest injustice.

**ENTERED** in Tampa, Florida, on August 9, 2019.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge